# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2009

Rehearing No. 560

3 Apr 2009

136423

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOAN B. JACKSON,
        Plaintiff-Appellee,

v

ESTATE OF RONALD B. GREEN,
        Defendant-Appellant.
_____

SC: 136423
COA: 269244
Charlevoix CC: 04-057520-CH

In this cause a motion for rehearing is considered, and it is DENIED.

Markman, J., states:

I would deny defendant's motion for rehearing with regards to the partition issue, but grant the motion with regards to the statute of limitations issue and, on reconsideration, would reverse the judgment of the Court of Appeals on the statute of limitations issue for the reasons stated in my previous statement in *Jackson v Green Estate*, 484 Mich 209, 221-227 (2009).

Kelly, C.J. and Cavanagh, J., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk